Case 0:17-cv-62410-WPD   Document 1   Entered on FLSD Docket 12/08/2017   Page 1 of 5

FILED by ES D.C.
Dec 8, 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

## 17-62410-CV-DIMITROULEAS/SNOW

Michael Adderley
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Gloria Ego
Michael Ahearn     Ivelisse Negron
Edmund Haskins    Claudette Vanni
Destiny Murphy
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Michael Adderley
Street Address: 3001 NW 8 Street
City and County: Pomp. Bch. Broward
State and Zip Code: FL. 33069
Telephone Number: (954) 982-5652
E-mail Address: adderley-ccpbcdc@yahoo.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
  Name: Gloria Ego
  Job or Title (if known): Guardian
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known): your_seniormatters@gmail.com

Defendant No. 2
  Name: Ivelisse Negron
  Job or Title (if known): DCF - Adult Protective Serv.
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known): Ivelisse.negron@myflfamilies.com

Defendant No. 3
  Name: Claudette Vanni
  Job or Title (if known): Mag.
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number: (954) 831-7572
  E-mail Address (if known):

Defendant No. 4
  Name: Michael Ahearn
  Job or Title (if known): Attorney
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known): mgaesq@yahoo.com

Def No 5. Edmund Haskins - Att.
Edmund.Haskins@myflfamilies.com

Def No 6. Destiny Murphy - Service Worker

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.  If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

775.087, 825.102, 825.103   42 U.S. Code § 1983
18 U.S. Code § 242
18 U.S. Code § 1201
28 U.S. Code § 509 B

**B.  If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Michael Ahearn, is a citizen of the State of *(name)* Florida.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Gloria Ego, Michael Ahearn, Edmund Haskins, Destiny Murphy, Ivelisse Nefren, Claudette Venum, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b. If the defendant is a corporation

The defendant, *(name)* DCF - Dpt of Children and Families, is incorporated under the laws of the State of *(name)* Florida, and has its principal place of business in the State of *(name)* Florida.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* Adult Protective Serv.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: Kidnapping my grandmother, Dorothy Jones, while lying on me in hearings and refusing to dee an investigation on false allegations pertaining to my daughter Arianna Adderley. Forcing me out of my home after a post category 5 hurricane Irma by lying on me in court hearing with slandering

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Kidnapping of a senior, perjury in our ting hearing while under oath, stole Mrs. Jones' money, paid for unauthorize bills, and assisted with keeping my child from me. I do not feel safe around the guardian or her lawyer who also commit perjury.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

On Sept 20, 2017 the guardian and her lawyer lied, stating that I harmed a contractor who she hired at the last minute to cover two windows. My mother also slander my name in that same hearing, stating that I hit my grandmother and that I lost my child and child protection service took her due to me being on drugs. All lies

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/6/17

Signature of Plaintiff: *Michael Adderley*

Printed Name of Plaintiff: Michael Adderley

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address